[No. 5.   *En Banc.*   January 19, 1920.]

*In the Matter of the Proceedings for the Disbarment of*
GERARD RYZEK.[1]

Proceedings filed in the supreme court May 17, 1919, for the suspension of an attorney, upon the findings of the state board of law examiners against the accused.   Dismissed.

*E. A. Davis, M. M. Moulton,* and *Gerard Ryzek,* for accused.

*The Attorney General* and *R. M. Burgunder, Assistant,* for the state.

PER CURIAM.—In this cause the state board of law examiners, upon investigating charges that Gerard Ryzek was guilty of unprofessional conduct as an attorney at law, has filed the evidence taken, together with its report and recommendation, as provided by law and the rules of court.   It recommends that respondent be suspended from the practice of law for a period of sixty days.

Admitting the respect due to the board and the force of its recommendations, we are constrained not to adopt its view in this instance.   Upon a consideration of all the evidence, which consists largely of depositions and documents, together with the arguments of respective counsel, we are satisfied the charges are not sustained and the proceedings should be dismissed.

It is so ordered.

[1] Reported in 187 Pac. 364.